George W. HUFFMAN, Appellant,

v.

STATE of Texas, Appellee.

No. 31436.

Court of Criminal Appeals of Texas.

Feb. 3, 1960.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Presiding Judge.

The offense is robbery by assault; the punishment, 25 years.

The record in this case shows conclusively that appellant is not in custody and that he has not entered into a recognizance or given bond as required by law, which is in law equivalent to an escape. Jordan v. State, 59 Tex.Cr.R. 208, 128 S.W. 139.

The State's motion to dismiss the appeal is granted.